**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

<span style="color:red">**Electronically Filed
Intermediate Court of Appeals
CAAP-24-0000472
18-JUL-2025
09:12 AM
Dkt. 89 OGMD**</span>

NO. CAAP-24-0000472

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

IN THE MATTER OF THE EX PARTE PETITION OF KEELY K. GONSALVES,
AS SUCCESSOR TRUSTEE, PETITIONER.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CASE NO. 1CLD-23-0003364)

ORDER GRANTING MOTION TO DISMISS APPEAL
(By: Leonard, Presiding Judge, Wadsworth, and McCullen, JJ.)

Upon consideration of the July 7, 2025 Motion to Dismiss Appeal Pursuant to Hawaiʻi Rules of Appellant [Sic] Procedure Rule 42(b)(2) (**Motion**) filed by self-represented Petitioner-Appellant Celeste M. Gonsalves, the papers in support, and the record,

IT IS HEREBY ORDERED that the Motion is granted and the appeal is dismissed with prejudice.

DATED: Honolulu, Hawaiʻi, July 18, 2025.

/s/ Katherine G. Leonard,
Presiding Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge